IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAVIER BELTRAN and ELIZABETH BELTRAN, § § § § § § § § § | | |
| Plaintiffs, | | |
| v. | § | EP-16-CV-057-DB |
| PACIFIC SPECIALTY INSURANCE COMPANY, | | |
| Defendant. | | |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **20th** day of **January 2017**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE